UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2003 DEC 19 P 3: 16

MONARCH SHIPPING AGENCY, LLC

v.                                    CIVIL NO: 3:01CV1395 (WWE)

FREDDY ARIAS CARTAGENA, D/B/A
RIVAS HAUL ARIAS SHIPPING

## APPOINTMENT OF PRO BONO COUNSEL

Pursuant to Local Rule 29 and at the Court's request, <u>Alexandra M. McHugh, Esquire of Shipman & Goodwin, LLP, One American Row, Hartford, Connecticut 06107, Tel: (860) 251-5921</u> is appointed as counsel for the defendant, <u>Freddie Arias Cartagena</u>, in the above-captioned case. Counsel is directed to file a pro bono appearance in this case as soon as possible.

Dated at Bridgeport, Connecticut this 17th day of December, 2003.

KEVIN F. ROWE, Clerk

By /s/ Cynthia Earle

Cynthia Earle,
Staff Attorney