UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MONARCH SHIPPING AGENCY, LLC, | : | CIVIL DOCKET NO. |
| | : | 3:01 CV 1395 (WWE) |
| v. | : | |
| FREDDY ARIAS CARTAGENA, D/B/A/ | : | |
| RIVAS HAUL ARIAS SHIPPING | : | JANUARY 2, 2004 |

## APPEARANCE

Please enter my appearance in lieu of any appearances already on file as attorney for the defendant, Freddy Arias Cartagena d/b/a Rivas Haul Arias Shipping in the above-captioned matter.

Dated at Hartford, CT, this 2d day of January, 2004.

        DEFENDANT,
        FREDDY ARIAS CARTAGENA D/B/A
        RIVAS HAUL ARIAS SHIPPING

        By: _Alexandra M McHugh_
            Alexandra M. McHugh
            Fed. Bar No. ct22428
            Shipman & Goodwin LLP
            One American Row
            Hartford, CT 06103-2819
            (tel) 860-251-5921
            (fax) 860-251-5799
            amchugh@goodwin.com
            His Attorneys

361440 v.01 S1

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Appearance was sent via facsimile and first class mail, postage prepaid, this 2nd day of January, 2004, to:

Frederick Lovejoy, Esq.
3695 Post Road
Southport, CT 06490
(fax) 203-256-3252

                                                Alexandra M. McHugh

361440 v.01 S1