Held 2-27-04

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Status Conference Calendar

Honorable Warren W. Eginton, Senior U. S. D. J.
915 Lafayette Boulevard
Bridgeport
Chamber Room 335

February 27, 2004

9:00 a.m.

ANY REQUEST FOR A CONTINUANCE OR POSTPONEMENT MUST BE DIRECTED TO CHAMBERS. ALL ATTORNEYS OUTSIDE OF THE FAIRFIELD COUNTY AREA ARE ENCOURAGED TO CONTACT CHAMBERS REGARDING THE POSSIBILITY OF PARTICIPATING BY CONFERENCE CALL.

CASE NO. **3:01cv1395 (WWE)**   **Monarch Shipping v. Cartagena**

Frederick A. Lovejoy
Lovejoy & Associates
276 Center Rd.
Easton, CT 06612

Alexandra M. McHugh   860-251-5921
Shipman & Goodwin
One American Row
Hartford, CT 06103-2819

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

late May SC