UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MONARCH SHIPPING AGENCY, INC.,

          Plaintiff,           3:01CV1395 (WWE)

- against -

FREDDY ARIAS CARTAGENA,          JANUARY 4, 2005
d/b/a RIVAS HAUL ARIAS SHIPPING,

          Defendant.

## MOTION TO INCUR EXPENSES PURSUANT TO LOCAL RULE 83.10

Defendant Freddy Arias Cartagena d/b/a Rivas Haul/Arias Shipping ("Arias"), through his undersigned pro bono counsel appointed by the Court on December 17, 2003, hereby moves the Court under Local Rule 83.10 for permission to incur certain reasonable expenses. The expenses are for the following items, without which Arias will be unable to mount his defense of accord and satisfaction:

    1)    costs of a court reporter and transcripts for the deposition of the corporate representative of plaintiff Monarch Shipping Agency, Inc.;

    2)    costs of a translator, court reporter and transcripts, and long-distance telephone costs for the telephonic deposition of defense witness, Juan Alimonte, in the Dominican Republic, whose deposition testimony the defendant expects to introduce at trial;

    3)    cost of a translator for a day-long meeting between Arias and the undersigned in Boston to discuss evidence and strategy; and

    4)    counsel's gasoline cost for said trip to Boston.

- 2 -

Defendant will likely request permission to incur additional reasonable expenses as the need arises.

Wherefore the defendant respectfully requests permission to incur the above-outlined expenses pursuant to Local Rule 83.10.

DEFENDANT,
FREDDY ARIAS CARTAGENA
D/B/A RIVAS HAUL ARIAS SHIPPING,

By: *Alexandra M McHugh*
Alexandra M. McHugh
Fed. Bar No. ct22428
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919
(860) 251-5000
(860) 251-5219 (fax)

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing Motion to Incur Expenses Pursuant to Local Rule 83.10 was sent via first class mail, postage prepaid, this 4th day of January, 2005, to:

Frederick Lovejoy, Esq.
P.O. Box 56
Easton, CT  06612

*Alexandra M. McHugh*
Alexandra M. McHugh

390683 v.01

- 3 -