UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MONARCH SHIPPING AGENCY, INC.,

          Plaintiff,                            3:01CV1395 (WWE)

- against -

FREDDY ARIAS CARTAGENA,                 FEBRUARY 7, 2005
d/b/a RIVAS HAUL ARIAS SHIPPING,

          Defendant.

## SUPPLEMENTAL DISCOVERY SCHEDULING ORDER

The Court has twice asked the parties to jointly submit a proposed supplemental discovery scheduling order to supplement their October 2, 2002 26(f) Report. The undersigned pro bono counsel for defendant Arias has been unable to get cooperation on this proposed scheduling order from the Plaintiff. Defendant therefore submits this proposed order solely on behalf of Defendant Arias.

A.     <u>Discovery</u>

      1.     Discovery will be needed on the following subjects:

On all liability and damages issues relevant herein.

      2.     Discovery will commence on December 1, 2004 and will be completed by May 15, 2005.

      3.     Defendant will request permission pursuant to L. Rule 83.10(f) for approval of expenses for all discovery-related costs (including translation costs).

4. Defendant anticipates that the Plaintiff Monarch Shipping Agency, Inc. ("Monarch") will require a total of five depositions of fact witnesses and Defendant Arias will require a total of five depositions of fact witnesses.

5. The parties may request permission to serve more than twenty-five (25) interrogatories.

6. Plaintiff will designate any trial experts and provide opposing counsel with the reports of retained experts pursuant to Fed. R. Civ P. 26(a)(2) by March 1, 2005. Depositions of any such experts will be completed by April 1, 2005.

7. Defendant Arias does not anticipate at present calling an expert witness(es) at trial. The Defendant will designate any trial expert(s) and provide opposing counsel with the reports of retained experts pursuant to Fed. R. Civ. P. 26(a)(2) by April 1, 2005. Depositions of any such experts will be completed by May 1, 2005.

8. A damage analysis will be provided by any party who has a claim or counterclaim for damages by March 1, 2005.

B. <u>Dispositive Motions</u>

Dispositive Motions will be filed on or before May 31, 2005.

C. <u>Joint Trial Memorandum</u>

A joint trial memorandum required by the Standing Order on Trial Memorandum in Civil Cases will be filed by June 10, 2005 or two weeks prior to the date the Court sets for trial, whichever is later.

- 3 -

D.   <u>Trial Readiness</u>

The case will be ready for trial within thirty (30) days after the Court rules on any dispositive motions. If no dispositive motions are filed, the case will be ready for trial by June 14, 2005.

> DEFENDANT,
> FREDDY ARIAS CARTAGENA
> D/B/A RIVAS HAUL ARIAS SHIPPING,
>
> By: /s/ Alexandra M. McHugh
> Alexandra M. McHugh (CT22428)
> Shipman & Goodwin LLP
> One Constitution Plaza
> Hartford, CT  06103-1919
> (860) 251-5000
> (860) 251-5219 (fax)
> amchugh@goodwin.com
> His Attorney

## **ORDER**

Defendant's Supplemental Discovery Scheduling Order, dated February 7, 2005, is hereby:

GRANTED / DENIED

                                            BY THE COURT,

                                            _____
                                            J. Eginton

- 5 -

## CERTIFICATION OF SERVICE

This is to certify that on this 7th day of February, 2005, a copy of the foregoing Supplemental Discovery Scheduling Order was sent by facsimile and U.S. mail, postage prepaid, to:

Frederick Lovejoy, Esq.
P.O. Box 56
Easton, CT 06612

*Alexandra M. McHugh*
Alexandra M. McHugh

384697 v.03