UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MONARCH SHIPPING AGENCY, INC.,

          Plaintiff,                    3:01CV1395 (WWE)

- against -

FREDDY ARIAS CARTAGENA,            MARCH 11, 2005
d/b/a RIVAS HAUL ARIAS SHIPPING,

          Defendant.

## DEFENDANT'S MOTION FOR INVOLUNTARY DISMISSAL

The defendant, Freddy Arias Cartagena d/b/a Rivas Haul Arias Shipping ("Arias" or "Defendant") hereby moves the Court pursuant to Federal Rules of Civil Procedure 41(b), 37(d) and 37(b)(2)(C) to involuntarily dismiss with prejudice the above-captioned action for failure by the plaintiff Monarch Shipping Agency, Inc. ("Monarch") to prosecute its case, failure to respond in any way to discovery requests propounded under Federal Rules of Civil Procedure 33 and 34 and failure to comply with orders of this Court. As set forth in the accompanying memorandum of law and affidavit in support of this motion, Monarch has utterly failed to participate in the prosecution of this case during the past year, most egregiously in not responding <u>in any way</u> to either the Interrogatories or the Requests for Production served by the Defendant on January 11, 2005, despite requests for compliance by the Defendant.

For the foregoing reasons, as more fully set forth in the accompanying memorandum of law and affidavit, both incorporated herein, the Defendant respectfully

requests that the Court order the involuntary dismissal of Monarch's action against him, with prejudice.

DEFENDANT,
FREDDY ARIAS CARTAGENA
D/B/A RIVAS HAUL ARIAS SHIPPING,

By: /s/ Alexandra M. McHugh
Alexandra M. McHugh
Fed. Bar No. ct22428
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919
(860) 251-5000
(860) 251-5219 (fax)
amchugh@goodwin.com
His Attorney

## **ORDER**

Having reviewed Defendant's Motion for Involuntary Dismissal dated March 11, 2005, it is hereby ordered:

GRANTED/ DENIED.

_____
The Hon. Judge Eginton

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing Defendant's Motion for Involuntary Dismissal, with proposed Order, and supporting Memorandum of Law and Affidavit were sent via facsimile and first class mail, postage prepaid, this 11th day of March, 2005, to:

>Frederick A. Lovejoy, Esq.
P.O. Box 56
Easton, CT 06612

*Alexandra M McHugh*
Alexandra M. McHugh

396647 v.01 S1