# EXHIBIT A

# Shipman & Goodwin LLP
## COUNSELORS AT LAW

One American Row
Hartford, Connecticut 06103-2819
Phone: (860) 251-5000

Alexandra M. McHugh
Phone: (860) 251-5921
Fax: (860) 251-5799
amchugh@goodwin.com

April 1, 2004

Frederick Lovejoy, Esq.
276 Center Road
P.O. Box 56
Easton, CT 06612

Re:    Monarch Shipping Agency v. Freddy Arias Cartegena, 3:01 CV 1395
       (WWE)

Dear Fred:

This letter is to follow up on our phone conversation last month about what documents Monarch and Peter Kennedy still retain. One category of documents I would like, in particular, is anything that tends to authenticate Kennedy's assertion in his March 6, 2003 affidavit that Arias Shipping shipped approximately 1,030 vehicles through Monarch. I am also requesting any documents that reflect or relate to any payments made by Arias or related entities to Monarch. These requests include information stored electronically.

As we have discussed, the only Monarch documents I've received (from Alan Neigher) are invoices and a summary chart showing charges allegedly owed on 136 specific vehicles.

I understand that Alan provided you with a number of proofs of payment by Arias in early April 2002. I have added up those proofs of payments and (excluding one duplicated page) get a total of $277,835. (Your reckoning on October 10, 2002 was $268,554.84 — a $9,000 difference.) Also I note that, despite their appearance on Monarch's summary chart as unpaid, vehicles DR# 3450, 3452, 3453, 3454, 3455 and 3456 appear to have been paid by cash on December 28, 2000 (cash receipt 184898 in the documents sent to you by Alan).

Please let me know what responsive Monarch documents still exist and when they can be produced, so that we can settle any discovery disagreements before our May status conference.

Sincerely,

*Alex*

Alexandra M. McHugh

AMM/dlh
298673 v.01

Hartford                Stamford              Lakeville              Greenwich

# EXHIBIT B

# Shipman & Goodwin LLP
## COUNSELORS AT LAW

One American Row
Hartford, Connecticut 06103-2819
Phone: (860) 251-5000

Alexandra M. McHugh
Phone: (860) 251-5921
Fax: (860) 251-5799
amchugh@goodwin.com

May 4, 2004

Frederick Lovejoy, Esq.
276 Center Road
P.O. Box 56
Easton, CT 06612

Re:    Monarch Shipping Agency v. Freddy Arias Cartegena, 3:01 CV 1395
       (WWE)

Dear Fred:

I have not received a response from you to my letter dated April 1, 2004 (copy enclosed). As you know, the Court will expect us to have worked on our discovery issues, which will be discussed during our status conference later this month. Therefore, please let me know what Monarch documents exist responsive to my April 1 request and when they can be produced.

Sincerely,

Alex

Alexandra M. McHugh

AMM/dlh

Enclosure

298673 v.01



**Shipman &
Goodwin** LLP
COUNSELORS AT LAW

One American Row
Hartford, Connecticut 06103-2819
Phone: (860) 251-5000

Alexandra M. McHugh
Phone: (860) 251-5921
Fax: (860) 251-5799
amchugh@goodwin.com

April 1, 2004

Frederick Lovejoy, Esq.
276 Center Road
P.O. Box 56
Easton, CT 06612

Re:    Monarch Shipping Agency v. Freddy Arias Cartegena, 3:01 CV 1395
       (WWE)

Dear Fred:

This letter is to follow up on our phone conversation last month about what documents Monarch and Peter Kennedy still retain. One category of documents I would like, in particular, is anything that tends to authenticate Kennedy's assertion in his March 6, 2003 affidavit that Arias Shipping shipped approximately 1,030 vehicles through Monarch. I am also requesting any documents that reflect or relate to any payments made by Arias or related entities to Monarch. These requests include information stored electronically.

As we have discussed, the only Monarch documents I've received (from Alan Neigher) are invoices and a summary chart showing charges allegedly owed on 136 specific vehicles.

I understand that Alan provided you with a number of proofs of payment by Arias in early April 2002. I have added up those proofs of payments and (excluding one duplicated page) get a total of $277,835. (Your reckoning on October 10, 2002 was $268,554.84 — a $9,000 difference.) Also I note that, despite their appearance on Monarch's summary chart as unpaid, vehicles DR# 3450, 3452, 3453, 3454, 3455 and 3456 appear to have been paid by cash on December 28, 2000 (cash receipt 184898 in the documents sent to you by Alan).

Please let me know what responsive Monarch documents still exist and when they can be produced, so that we can settle any discovery disagreements before our May status conference.

Sincerely,

*Alex*

Alexandra M. McHugh

AMM/dlh
298673 v.01

Hartford              Stamford              Lakeville              Greenwich

# EXHIBIT C



# Shipman & Goodwin LLP®
## COUNSELORS AT LAW

One Constitution Plaza
Hartford, Connecticut 06103-1919
Phone: (860) 251-5000

Alexandra M. McHugh
Phone: (860) 251-5921
Fax: (860) 251-5219
amchugh@goodwin.com

October 11, 2004

Frederick Lovejoy, Esq.
276 Center Road
P.O. Box 56
Easton, CT 06612

Re:    Monarch Shipping Agency v. Freddy Arias Cartegena, 3:01 CV 1395
(WWE)

Dear Fred:

I have enclosed copies of my letters dated April 1, 2004, and May 4, 2004
requesting Monarch's documents supporting its position. You have never responded to
either letter. It was my understanding from our status conference in March of 2004 and
our subsequent conversations that you would contact Mr. Kennedy to find out what
documentation he has of shipments, billing and payments by Mr. Arias or his agents.
Where does this stand?

As you know, we have another status conference on October 21 at 10:20. I
called you last week and left you a message to say that the conference will be by
telephone and that I would initiate the call. As you did not respond to that message, I
will assume that works for you.

Also, in accordance with Federal Rule 26(a)(1)(A), I am disclosing Juan
Alimonte, who resides in the Dominican Republic, as an individual likely to have
information supporting Mr. Arias' defense of accord and satisfaction. Mr. Alimonte,
whose contact information I will disclose when I receive it, will likely testify that, as
Mr. Arias' agent in the Dominican Republic, he has knowledge of payment for all
vehicles shipped.

Hartford          Stamford          Lakeville          Greenwich

Frederick Lovejoy, Esq.
October 11, 2004
Page 2

Please give me a call so we can touch base before the status conference.

Sincerely,

Alex McHugh

Alexandra M. McHugh

298673 v.03 S5

# Shipman & Goodwin LLP
### COUNSELORS AT LAW

One American Row
Hartford, Connecticut 06103-2819
Phone: (860) 251-5000

Alexandra M. McHugh
Phone: (860) 251-5921
Fax: (860) 251-5799
amchugh@goodwin.com

May 4, 2004

Frederick Lovejoy, Esq.
276 Center Road
P.O. Box 56
Easton, CT 06612

Re:   Monarch Shipping Agency v. Freddy Arias Cartegena, 3:01 CV 1395
(WWE)

Dear Fred:

I have not received a response from you to my letter dated April 1, 2004 (copy enclosed). As you know, the Court will expect us to have worked on our discovery issues, which will be discussed during our status conference later this month. Therefore, please let me know what Monarch documents exist responsive to my April 1 request and when they can be produced.

Sincerely,

Alep

Alexandra M. McHugh

AMM/dlh

Enclosure

298673 v.01

Hartford          Stamford          Lakeville          Greenwich



# Shipman & Goodwin LLP
## COUNSELORS AT LAW

One American Row
Hartford, Connecticut 06103-2819
Phone: (860) 251-5000

Alexandra M. McHugh
Phone: (860) 251-5921
Fax: (860) 251-5799
amchugh@goodwin.com

April 1, 2004

Frederick Lovejoy, Esq.
276 Center Road
P.O. Box 56
Easton, CT 06612

Re:    Monarch Shipping Agency v. Freddy Arias Cartegena, 3:01 CV 1395 (WWE)

Dear Fred:

This letter is to follow up on our phone conversation last month about what documents Monarch and Peter Kennedy still retain. One category of documents I would like, in particular, is anything that tends to authenticate Kennedy's assertion in his March 6, 2003 affidavit that Arias Shipping shipped approximately 1,030 vehicles through Monarch. I am also requesting any documents that reflect or relate to any payments made by Arias or related entities to Monarch. These requests include information stored electronically.

As we have discussed, the only Monarch documents I've received (from Alan Neigher) are invoices and a summary chart showing charges allegedly owed on 136 specific vehicles.

I understand that Alan provided you with a number of proofs of payment by Arias in early April 2002. I have added up those proofs of payments and (excluding one duplicated page) get a total of $277,835. (Your reckoning on October 10, 2002 was $268,554.84 — a $9,000 difference.) Also I note that, despite their appearance on Monarch's summary chart as unpaid, vehicles DR# 3450, 3452, 3453, 3454, 3455 and 3456 appear to have been paid by cash on December 28, 2000 (cash receipt 184898 in the documents sent to you by Alan).

Please let me know what responsive Monarch documents still exist and when they can be produced, so that we can settle any discovery disagreements before our May status conference.

Sincerely,

Alex

Alexandra M. McHugh

AMM/dlh
298673 v.01

Hartford            Stamford            Lakeville            Greenwich

# EXHIBIT D

# Shipman & Goodwin LLP®
## COUNSELORS AT LAW

One Constitution Plaza
Hartford, Connecticut  06103-1919
Phone: (860) 251-5000

Alexandra M. McHugh
Phone:  (860) 251-5921
Fax:  (860) 251-5219
amchugh@goodwin.com

November 9, 2004

Frederick Lovejoy, Esq.
276 Center Road
P.O. Box 56
Easton, CT 06612

Re:    Monarch Shipping Agency v. Freddy Arias Cartegena, 3:01 CV 1395
(WWE)

Dear Fred:

Enclosed are documents, some of which I believe you already have, produced
pursuant to Federal Rule 26(a).  I will be sending you discovery requests shortly.

We are overdue on our joint discovery schedule, so please take a look at the draft
I e-mailed you and let me know what changes you would like.

Thanks,

Alex

Alexandra M. McHugh

AMM/dlh

Enclosures

298673 v.03

Hartford              Stamford              Lakeville              Greenwich

# EXHIBIT E

## McHugh, Alexandra

**From:**        McHugh, Alexandra
**Sent:**         Monday, October 25, 2004 4:12 PM
**To:**           'lovejoyadm@aol.com'
**Subject:**      AriasMonarch  Report of Rule 26(f)_v2.DOC



**AriasMonarch
Report of Rule 2...**

Fred:

Here's the draft order.

Alex

1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MONARCH SHIPPING AGENCY, INC.,

              Plaintiff,                     3:01CV1395 (WWE)

    - against -

FREDDY ARIAS CARTAGENA,             October ___ , 2004
d/b/a RIVAS HAUL ARIAS SHIPPING,

              Defendant.

## SUPPLEMENTAL DISCOVERY SCHEDULING ORDER

The parties hereby jointly submit this proposed supplemental discovery scheduling order to supplement their October 2, 2002 26(f) Report.

A.    <u>Discovery</u>

    1.    The parties anticipate that discovery will be needed on the following subjects: On all liability and damages issues relevant herein.

    2.    Discovery will commence on October 20, 2004 and will be completed by May 31, 2005.

    3.    Defendant Freddy Arias Cartagena, d/b/a Rivas Haul Arias Shipping, anticipates requesting an order of the Court pursuant to L. Rule 83.10(f) for approval of expenses for all discovery-related costs (including translation costs).

    4.    The parties anticipate that the Plaintiff Monarch Shipping Agency, Inc. will require a total of five depositions of fact witnesses and the Defendant Freddy Arias Cartagena, d/b/a Rivas Haul Arias Shipping will require a total of five depositions of fact witnesses.

5.    The parties may request permission to serve more than twenty-five (25) interrogatories.

6.    Plaintiff Monarch Shipping Agency, Inc. does not anticipate at present that it will be calling expert witness(es) at trial. Plaintiff will designate any trial experts and provide opposing counsel with the reports of retained experts pursuant to Fed. R. Civ P. 26(a)(2) by February 1, 2005. Depositions of any such experts will be completed by March 1, 2005.

7.    Defendant Freddy Arias Cartagena, d/b/a Rivas Haul Arias Shipping does not anticipate at present that it will be calling an expert witness(es) at trial. The Defendant Freddy Arias Cartagena, d/b/a Rivas Haul Arias Shipping will designate any trial expert(s) and provide opposing counsel with the reports of retained experts pursuant to Fed. R. Civ. P. 26(a)(2) by April 1, 2005. Depositions of any such experts will be completed by May 1, 2005.

8.    A damage analysis will be provided by any party who has a claim or counterclaim for damages by February 15, 2005.

B.    Dispositive Motions

Dispositive Motions will be filed on or before May 31, 2005.

C.    Joint Trial Memorandum

A joint trial memorandum required by the Standing Order on Trial Memorandum in Civil Cases will be filed by June 1, 2005.

D.    Trial Readiness

The case will be ready for trial within thirty (30) days after the Court rules on any dispositive motions. If no dispositive motions are filed, the case will be ready for trial by July 1, 2005.

As officers of the court, the undersigned counsel agree to cooperate with each other and the Court to promote the just, speedy and inexpensive determination of this action.

Dated:      Easton, Connecticut          MONARCH SHIPPING AGENCY, INC.,
            October __, 2004

                                         By:  _____
                                              Frederick Lovejoy (CT03121)
                                              Lovejoy & Associates
                                              P.O. Box 56
                                              Easton, CT 06612
                                              (203) 459-9941
                                              (203) 459-9943 (telefax)


Dated:      Hartford, Connecticut        FREDDY ARIAS CARTAGENA
            October __, 2004             D/B/A RIVAS HAUL ARIAS SHIPPING,

                                         By:  _____
                                              Alexandra M. McHugh (CT22428)
                                              Shipman & Goodwin LLP
                                              One Constitution Plaza
                                              Hartford, CT 06103-1919
                                              (860) 251-5000
                                              (860) 251-5219 (fax)


SO ORDERED:



_____
U.S.D.J.

384697 v.02

- 3 -

# EXHIBIT F

**McHugh, Alexandra**

| | |
|---|---|
| **From:** | McHugh, Alexandra |
| **Sent:** | Friday, December 03, 2004 2:02 PM |
| **To:** | 'lovejoyadm@aol.com' |
| **Subject:** | Monarch v. arias |

Fred:

I sent you a draft discovery order on Nov. 9. Can you please take a quick look at it and see if it's OK with you? If I don't hear from you, I'll file it on my own.

I'm going to be noticing Monarch for a deposition in Dec. or Jan. When we last spoke, you said Kennedy will be in town for part of December.  Please advise me of his availability (if he is going to represent Monarch), so I can schedule something that is convenient for all.

Thanks,
Alex


Alexandra M. McHugh
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919
phone (860) 251-5921
fax (860) 251-5219
amchugh@goodwin.com

**McHugh, Alexandra**

| | |
|---|---|
| **From:** | McHugh, Alexandra |
| **Sent:** | Tuesday, December 07, 2004 11:41 AM |
| **To:** | 'lovejoyadm@aol.com' |
| **Subject:** | FW: AriasMonarch  Report of Rule 26(f)_v2.DOC |


-----Original Message-----

| | |
|---|---|
| **From:** | McHugh, Alexandra |
| **Sent:** | Monday, October 25, 2004 4:12 PM |
| **To:** | 'lovejoyadm@aol.com' |
| **Subject:** | AriasMonarch  Report of Rule 26(f)_v2.DOC |



AriasMonarch
Report of Rule 2...

Fred:

Here's the draft order.

Alex

1

**McHugh, Alexandra**

| | |
|---|---|
| **From:** | McHugh, Alexandra |
| **Sent:** | Monday, January 10, 2005 11:49 AM |
| **To:** | 'lovejoyadm@aol.com' |
| **Subject:** | Scheduling order |

Hi Fred.

Your turn to draft/modify.  Please send draft first.

Thanks,
Alex


Alexandra M. McHugh
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919
phone (860) 251-5921
fax (860) 251-5219
amchugh@goodwin.com

## McHugh, Alexandra

| | |
|---|---|
| **From:** | McHugh, Alexandra |
| **Sent:** | Friday, January 28, 2005 4:26 PM |
| **To:** | 'lovejoyadm@aol.com' |
| **Subject:** | FW: Scheduling order |

Fred,

Are you going to do this or not?

Alex

-----Original Message-----
| | |
|---|---|
| **From:** | McHugh, Alexandra |
| **Sent:** | Monday, January 10, 2005 11:49 AM |
| **To:** | 'lovejoyadm@aol.com' |
| **Subject:** | Scheduling order |

Hi Fred.

Your turn to draft/modify.  Please send draft first.

Thanks,
Alex


Alexandra M. McHugh
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919
phone (860) 251-5921
fax (860) 251-5219
amchugh@goodwin.com