# EXHIBIT G



### Shipman & Goodwin LLP®
#### COUNSELORS AT LAW

One Constitution Plaza
Hartford, Connecticut 06103-1919
Phone: (860) 251-5000

Alexandra M. McHugh
Phone: (860) 251-5921
Fax: (860) 251-5219
amchugh@goodwin.com

January 11, 2005

Frederick A. Lovejoy, Esq.
P.O. Box 56
Easton, CT 06612

Re:     Monarch Shipping Agency, Inc. v. Freddy Arias Cartagena, d/b/a Rivas Haul Arias Shipping

Dear Fred:

Enclosed please find Arias' First Set of Interrogatories and Request for Production of Documents.

Sincerely,

Alexandra M. McHugh

AMM/dlh

Enclosures

298673 v.03

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MONARCH SHIPPING AGENCY, INC.,

             Plaintiff,                   3:01CV1395 (WWE)

   - against -

FREDDY ARIAS CARTAGENA,            JANUARY 11, 2005
d/b/a RIVAS HAUL ARIAS SHIPPING,

             Defendant.

## DEFENDANT'S FIRST SET OF INTERROGATORIES

Freddy Arias Cartagena, d/b/a Rivas Haul Arias Shipping ("Arias") hereby requires

Monarch Shipping Agency, Inc. ("Monarch") to answer under oath the following

interrogatories within thirty (30) days of certification of service. These interrogatories shall be

deemed continuing so as to require prompt supplemental answers if new or additional

information with respect to these interrogatories is obtained by Monarch, or any officer or

agent thereof, or by its counsel after initial compliance.


## INSTRUCTIONS AND DEFINITIONS

The following instructions and definitions shall be used in answering Arias'

interrogatories set forth herein:


A.      The term "document" includes, but is not limited to, the originals and all non-

identical copies (i.e., different from originals by reason of notations made on or attached to

such copies or otherwise) of all letters, telegrams, contracts, memoranda, intra- or inter- office

D.    Material "relating to" any given subject means all materials that constitute, contain, embody, reflect, identify, state, refer to, deal with, or are in any way pertinent to that subject, including without limitation, documents which relate to the preparation of another document, or are attached to or constitute enclosures with another document.

E.    Material "concerning" any given subject means all materials relating to, referring to, describing, evidencing or constituting that subject.

F.    The term "identify" has the following meanings:

1.    "Identify" when used with respect to a communication means that the plaintiff is required to furnish the following information for each such communication to be identified:

    (a)    State whether the communication was written, oral, telephonic or by some other means (if by another, means, specify);

    (b)    State the substance of the communication;

    (c)    State the date of the communication;

    (d)    State the place of receipt of the communication;

    (e)    Identify all parties to the communication;

    (f)    Identify all witnesses to the communication; and

    (g)    Identify all documents recording the communication or the substance of the communication.

3

2.    "Identify" when used with respect to a person means that the plaintiff is required to furnish the following information for each and every person to be identified:

(a)    If the person is an individual, state his or her full name, residence address, the identity of his or her employer and the place of employment; and

(b)    If the person is not an individual, state the full name of the entity involved, what type of entity it is, the name, address, employer and place of employment of each and every individual or other person employed by or representing such entity or organization having knowledge of or with whom communications have been had relating to the subject matter of the interrogatory.

3.    "Identify" when used with respect to a document means that the plaintiff is required to furnish the following information for each and every document to be identified:

(a)    State the exact name and title by which the plaintiff refers to it;

(b)    State the date, and all serial or other identifying numbers thereon;

(c)    Identify each and every person who wrote, signed, initialed, dictated, or otherwise participated in the creation of said documents;

(d)    State its general subject matter;

(e)    Identify each and every person who is an addressee, if any, of said document or who received any copy thereof;

4

(f)    Identify each and every person having custody or control of said document, or any copy thereof;

(g)    Specify the location of any file or files where the document, or any copy thereof, is normally or presently kept, and identify the custodian thereof; and

(h)    If the document referred to has been destroyed, identify the person who destroyed it, the date of destruction, the reason for its destruction and the person responsible for having the document destroyed.

4.    "Identify" in all instances besides those referring to a communication, document, or person shall be given its ordinary meaning.

G.    With respect to any information or document that is withheld in whole or in part on the ground of privilege, state with regard thereto:

1.    the subject matter of the information or of the document;

2.    the type of document for which the privilege is claimed (e.g., letter, memorandum, etc.);

3.    the date of the document or information;

4.    the author of the document or the communicator of the information, including the specific capacity in which such person acted in doing same;

5.    the identity of each person who received the original or a copy thereof of the document or to whom the information or contents of the document was

5

communicated, including the specific capacity in which such person received the document or information; and

6.    the nature and specific basis for the claim of privilege, including why such basis applies to the document or information in question.

H.    Whenever appropriate, the singular form of a word shall be interpreted as plural, and the plural form of a word shall be interpreted as singular.

I.    Whenever appropriate, "he" or "his" shall be interpreted as "she" or "her" and vice versa.

J.    "And" and "or" shall be construed disjunctively or conjunctively as necessary to make the interrogatory inclusive rather than exclusive.

K.    "Monarch" means plaintiff Monarch Shipping Agency, Inc., its predecessors in interest, subsidiaries, affiliates, officers, directors, employees, agents, servants, attorneys, representatives, and all other persons (as defined herein) acting, understood to act, or purporting to act on its behalf or under its direction and control.

L.    "Plaintiff" means Monarch as defined herein.

M.    "You" and "your" mean Monarch.

6

N.    "Arias" means defendant Freddy Arias Cartagena, d/b/a Rivas Haul Arias

Shipping, its predecessors in interest, subsidiaries, affiliates, officers, directors, employees,

agents, servants, attorneys, representatives, and all other persons (as defined herein) acting,

understood to act, or purporting to act on their behalf or under their direction and control.

O.    "Relevant period" means the period of time from January 1, 2000 to July 1,

2001.

## INTERROGATORIES

1.    Identify any and all Persons with knowledge Relating To Monarch's record-

keeping and billing practices during the Relevant Period, including but not limited to,

knowledge relating to methods, custom, information technology and processing, and billing

and collection policies of Monarch.

**Answer:**

2.    Identify, as that term is specifically defined above, the document attached hereto

as Exhibit A.

**Answer:**

7

3.    Identify the Documents upon which Peter Kennedy based his statement in his March 6, 2003 affidavit that Arias had shipped approximately 1,030 vehicles through Monarch.

**Answer:**

4.    Identify any Documents and/or Communications Relating To any payment owed by and/or made by Arias to Monarch during the Relevant Period, including but not limited to any and all invoices, payment records, internal Monarch communications, and correspondence thereon.

**Answer:**

5.    Identify any and all witnesses You anticipate calling to testify, at trial, including any expert witnesses.

**Answer:**

DEFENDANT,
FREDDY ARIAS CARTAGENA
D/B/A RIVAS HAUL ARIAS SHIPPING,

By: *Alexandra M. McHugh*

Alexandra M. McHugh
Fed. Bar No. ct22428
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT  06103-1919
(860) 251-5000
(860) 251-5219 (fax)

9

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing Defendant's First Set of Interrogatories

was sent via first class mail, postage prepaid, this 11th day of January, 2005, to:

> Frederick A. Lovejoy, Esq.
> P.O. Box 56
> Easton, CT  06612

*Alexandra M McHugh*
Alexandra M. McHugh

391256 v.01 S1

# EXHIBIT A

**MONARCH SHIPPING AGENCY LLC.**
535 SEAVIEW AVENUE, BRIDGEPORT, CT 06601
PHONE: 203-333-7116    FAX: 203-333-7120

**Customer: RIVAS HAUL ARIAS SHIPPING**
Phone: 978-689-0680    Fax: 978-689-3156

## CHARGES SUMMARY

| DR# | Date | POD | VIN# | & Description | Ves/Voy | Jump$25 | Forkl$100 | Char$ | Add$ | Total$ | Paid | Due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 333 | 9/2/2000 | RIO HAINA | FORKLIT | FORKLIT | MARCELA 8 | ○ | ○ | $2,375.00 | $0.00 | $2,375.00 | $0.00 | $2,375.00 |
| 1339 | 6/16/2000 | RIO HAINA | 1XNAE94XN2347821 | 1992 TOYOTA COROLLA | MONARCH DUCHESS 5 | ○ | ○ | $385.00 | $0.00 | $385.00 | $348.00 | $17.00 |
| 1340 | 6/16/2000 | RIO HAINA | 4T1SD12E8RU448148 | 1994 TOYOTA CAMRY | MONARCH DUCHESS 5 | ○ | ○ | $385.00 | $0.00 | $385.00 | $0.00 | $385.00 |
| 1341 | 6/16/2000 | RIO HAINA | JT1AE09E0PC013366 | 1993 TOYOTA COROLLA | MONARCH DUCHESS 5 | ○ | ○ | $385.00 | $0.00 | $385.00 | $0.00 | $385.00 |
| 1342 | 6/16/2000 | RIO HAINA | 1NXBR12E6XZ169072 | 1999 TOYOTA COROLLA | MONARCH DUCHESS 5 | ○ | ○ | $385.00 | $0.00 | $385.00 | $0.00 | $385.00 |
| 1343 | 6/16/2000 | RIO HAINA | 1HGED4561LA090094 | 1990 HONDA CIVIC | MONARCH DUCHESS 5 | ○ | ○ | $385.00 | $0.00 | $385.00 | $0.00 | $385.00 |
| 1344 | 6/16/2000 | RIO HAINA | 2T1AE04B9RC048617 | 1994 TOYOTA COROLLA | MONARCH DUCHESS 5 | ○ | ○ | $385.00 | $0.00 | $385.00 | $0.00 | $385.00 |
| 1345 | 6/16/2000 | RIO HAINA | 2CNBJ18UN6911285 | 1992 GEO TRACKER | MONARCH DUCHESS 5 | ○ | ○ | $385.00 | $0.00 | $385.00 | $0.00 | $385.00 |
| 1346 | 6/16/2000 | PUERTO PLATA | 2T1AE04BXRC051946 | 1994 TOYOTA COROLLA | MONARCH DUCHESS 5 | ○ | ○ | $385.00 | $0.00 | $385.00 | $0.00 | $385.00 |
| 1347 | 6/16/2000 | PUERTO PLATA | 2T1AE94A3NC150243 | 1992 TOYOTA COROLLA | MONARCH DUCHESS 5 | ○ | ○ | $385.00 | $0.00 | $385.00 | $0.00 | $385.00 |
| 1348 | 6/16/2000 | RIO HAINA | 2HGEJ1126RH529164 | 1994 HONDA CIVIC | MONARCH DUCHESS 5 | ○ | ○ | $385.00 | $0.00 | $385.00 | $0.00 | $385.00 |
| 1349 | 6/16/2000 | RIO HAINA | JT2AE92WXK3272285 | 1989 TOYOTA COROLLA | MONARCH DUCHESS 5 | ○ | ○ | $385.00 | $0.00 | $385.00 | $0.00 | $385.00 |
| 1350 | 6/16/2000 | RIO HAINA | JT4RN50R5J0329153 | 1988 TOYOTA P/U | MONARCH DUCHESS 5 | ○ | ○ | $385.00 | $0.00 | $385.00 | $0.00 | $385.00 |
| 1351 | 6/16/2000 | RIO HAINA | 2T1AE94A5NC156903 | 1992 TOYOTA COROLLA | MONARCH DUCHESS 5 | ○ | ○ | $385.00 | $0.00 | $385.00 | $0.00 | $385.00 |
| 1352 | 6/16/2000 | RIO HAINA | 1HGED3558LA067218 | 1990 HONDA CIVIC | MONARCH DUCHESS 5 | ○ | ○ | $385.00 | $0.00 | $385.00 | $0.00 | $385.00 |
| 1353 | 6/16/2000 | RIO HAINA | 2T1AE09E2PC009335 | 1993 TOYOTA COROLLA | MONARCH DUCHESS 5 | ○ | ○ | $385.00 | $0.00 | $385.00 | $0.00 | $385.00 |
| 1354 | 6/16/2000 | RIO HAINA | JH4DB1653LS009612 | 1990 ACURA INTEGRA | MONARCH DUCHESS 5 | ○ | ○ | $385.00 | $0.00 | $385.00 | $0.00 | $385.00 |

8:54:17 AM, 1/9/2003

Page 1

Customer: RIVAS HAUL ARIAS SHIPPING
Phone: 978-689-0680   Fax: 978-689-3156

**MONARCH SHIPPING AGENCY LLC**
535 SEAVIEW AVENUE, BRIDGEPORT, CT 06601
PHONE: 203-333-7116   FAX: 203-333-7120

## CHARGES SUMMARY

| DR# | Date | POD | VIN# & Description | | Ves/Voy | | Jump$25 | Fork $100 | Char$ | Add$ | Total$ | Paid | Due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1355 | 8/16/2000 | RIO HAINA | JT2AE94KON3491710 | 1992 TOYOTA COROLLA | MONARCH DUCHESS | 5 | ○ | ○ | $385.00 | $0.00 | $385.00 | $0.00 | $385.00 |
| 1356 | 8/16/2000 | RIO HAINA | JT2AE91A4L3406084 | 1990 TOYOTA COROLLA | MONARCH DUCHESS | 5 | ○ | ○ | $385.00 | $0.00 | $385.00 | $0.00 | $385.00 |
| 1369 | 8/16/2000 | RIO HAINA | JT2AE92W5K3281517 | 1989 TOYOTA COROLLA | MONARCH DUCHESS | 5 | ○ | ○ | $385.00 | $0.00 | $385.00 | $0.00 | $385.00 |
| 1370 | 8/16/2000 | RIO HAINA | JH4DB1651LS021127 | 1990 ACURA INTEGRA | MONARCH DUCHESS | 5 | ○ | ○ | $385.00 | $0.00 | $385.00 | $0.00 | $385.00 |
| 1406 | 6/20/2000 | PUERTO PLATA | 2T1AE94A5NC188688 | 1992 TOYOTA COROLLA | SEIZED | 0 | ○ | ○ | $385.00 | $0.00 | $385.00 | $0.00 | $385.00 |
| 1570 | 7/11/2000 | RIO HAINA | 2T1AE94A1MC070454 | 1991 TOYOTA COROLLA | MONARCH DUCHESS | 7 | ○ | ○ | $385.00 | $0.00 | $365.00 | $252.00 | $113.00 |
| 1571 | 7/11/2000 | RIO HAINA | 4TAVL52N1XZ510474 | 1999 TOYOTA TACOMA P/U | MONARCH DUCHESS | 7 | ○ | ○ | $385.00 | $0.00 | $385.00 | $0.00 | $385.00 |
| 1572 | 7/11/2000 | PUERTO PLATA | 2FTEF15YXNCA23780 | 1992 FORD F150 P/U | MONARCH DUCHESS | 7 | ○ | ○ | $385.00 | $0.00 | $385.00 | $0.00 | $385.00 |
| 1573 | 7/11/2000 | PUERTO PLATA | 4T1SK12EX PW62833 | 1993 TOYOTA CAMRY | MONARCH DUCHESS | 7 | ○ | ○ | $385.00 | $0.00 | $385.00 | $0.00 | $385.00 |
| 1577 | 7/13/2000 | RIO HAINA | JT3AC21S9N1006733 | 1992 TOYOTA PREVIA VAN | MONARCH DUCHESS | 7 | ○ | ○ | $385.00 | $0.00 | $385.00 | $0.00 | $385.00 |
| 1578 | 7/13/2000 | PUERTO PLATA | 1NXAE92E1KZ024706 | 1989 TOYOTA COROLLA | MONARCH DUCHESS | 7 | ○ | ○ | $385.00 | $0.00 | $385.00 | $0.00 | $385.00 |
| 1757 | 8/16/2000 | PUERTO PLATA | 2T1BR12E3XCZ25770 | TOYOTA COROLLA 1999 | SEIZED | 0 | ○ | ○ | $385.00 | $0.00 | $385.00 | $0.00 | $385.00 |
| 1795 | 8/22/2000 | RIO HAINA | JT4RN81A4R5176945 | TOYOTA PICKUP | MARCELA | 8 | ○ | ○ | $385.00 | $0.00 | $385.00 | $360.00 | $5.00 |
| 1796 | 8/22/2000 | RIO HAINA | 2HGEJ8343VH105222 | HONDA CIVIC | MARCELA | 8 | ○ | ○ | $385.00 | $0.00 | $385.00 | $0.00 | $385.00 |
| 1809 | 8/23/2000 | RIO HAINA | 4423190 | PITMAN TRUCK CRANE | MARCELA | 8 | ○ | ○ | $1,890.00 | $0.00 | $1,890.00 | $0.00 | $1,890.00 |
| 1811 | 8/23/2000 | RIO HAINA | 1FTEF15 | STYLES F150 1991 | MARCELA | 8 | ○ | ○ | $385.00 | $0.00 | $385.00 | $0.00 | $385.00 |
| 1812 | 8/23/2000 | RIO HAINA | 2T1AE91A8MC108712 | TOYOTA COROLLA | MARCELA | 8 | ○ | ○ | $385.00 | $0.00 | $385.00 | $0.00 | $385.00 |
| 1813 | 8/24/2000 | RIO HAINA | 2T1BA02E9TC124924 | TOYOTA COROLLA | MARCELA | 8 | ○ | ○ | $385.00 | $0.00 | $385.00 | $0.00 | $385.00 |
| 1814 | 8/24/2000 | RIO HAINA | 1HGEG8640PL038983 | HONDA CIVIC | MARCELA | 8 | ○ | ○ | $385.00 | $0.00 | $385.00 | $0.00 | $385.00 |

**Customer: RIVAS HAUL ARIAS SHIPPING**
**Phone: 978-689-0680   Fax: 978-689-3156**

**MONARCH SHIPPING AGENCY LLC**
535 SEAVIEW AVENUE, BRIDGEPORT, CT 06601
PHONE: 203-333-7116   FAX: 203-333-7120

## CHARGES SUMMARY

| DR# | Date | POD | VIN# & Description | Ves/Voy | Jumps:25 | Fork:$1.00 | Char$ | Add$ | Total$ | Paid | Due |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1824 | 8/24/2000 | PUERTO PLATA | INXAE09E9P2O33615 TOYOTA COROLLA | MARCELA | 8 | ○ | $365.00 | $0.00 | $365.00 | $0.00 | $365.00 |
| 1825 | 8/24/2000 | RIO HAINA | JM2UF3135NO269723 MAZDA PICK UP 1992 | MARCELA | 8 | ○ | $365.00 | $0.00 | $365.00 | $0.00 | $365.00 |
| 1826 | 8/24/2000 | RIO HAINA | JH4DC4447TS018788 ACURA INTEGRA | MARCELA | 8 | ○ | $365.00 | $0.00 | $365.00 | $0.00 | $365.00 |
| 1827 | 8/24/2000 | RIO HAINA | JT2SV21E1H3121347 TOYOTA CAMRY | MARCELA | 8 | ○ | $365.00 | $0.00 | $365.00 | $0.00 | $365.00 |
| 1828 | 8/24/2000 | RIO HAINA | 2T1AE91A3NC188051 TOYOTA COROLLA 1992 | MARCELA | 8 | ○ | $365.00 | $0.00 | $365.00 | $0.00 | $365.00 |
| 1829 | 8/24/2000 | RIO HAINA | JT2AE94A6NO269455 TOYOTA COROLLA | MARCELA | 8 | ○ | $365.00 | $0.00 | $365.00 | $0.00 | $365.00 |
| 1830 | 8/24/2000 | RIO HAINA | 2T1AE94A1NC191180 TOYOTA COROLLA | MARCELA | 8 | ○ | $365.00 | $0.00 | $365.00 | $0.00 | $365.00 |
| 1831 | 8/24/2000 | RIO HAINA | JT2AE92E1K3186OO1 TOYOTA COROLLA | MARCELA | 8 | ○ | $365.00 | $0.00 | $365.00 | $0.00 | $365.00 |
| 1832 | 8/24/2000 | RIO HAINA | 2T1AE94A6NC171524 TOYOTA COROLLA | MARCELA | 8 | ○ | $365.00 | $0.00 | $365.00 | $0.00 | $365.00 |
| 1834 | 8/25/2000 | PUERTO PLATA | JT2AE94K5M3428262 TOYOTA COROLLA | MARCELA | 8 | ○ | $365.00 | $0.00 | $365.00 | $0.00 | $365.00 |
| 1835 | 8/25/2000 | RIO HAINA | JT4VN13D4K5001556 TOYOTA PICKUP | MARCELA | 8 | ○ | $365.00 | $0.00 | $365.00 | $0.00 | $365.00 |
| 1836 | 8/25/2000 | RIO HAINA | JT3VN39W158077811 TOYOTA 4-RUNNER 1994 | MARCELA | 8 | ○ | $365.00 | $0.00 | $365.00 | $0.00 | $365.00 |
| 1837 | 8/25/2000 | RIO HAINA | 2T1BAO2E8TC141441 TOYOTA COROLLA | MARCELA | 8 | ○ | $365.00 | $0.00 | $365.00 | $0.00 | $365.00 |
| 1838 | 8/25/2000 | RIO HAINA | 2T1AEO9B4SC109387 TOYOTA COROLLA 1995 | MARCELA | 8 | ○ | $365.00 | $0.00 | $365.00 | $0.00 | $365.00 |
| 1839 | 8/25/2000 | PUERTO PLATA | 2T1AE94A4NG162191 TOYOTA COROLLA 1992 | MARCELA | 8 | ○ | $365.00 | $0.00 | $365.00 | $0.00 | $365.00 |
| 1840 | 8/25/2000 | PUERTO PLATA | JT2AE94K4N3503695 TOYOTA COROLLA | MARCELA | 8 | ○ | $365.00 | $0.00 | $365.00 | $0.00 | $365.00 |
| 1841 | 8/25/2000 | PUERTO PLATA | 1HGCB7673NA016006 HONDA ACCORD | MARCELA | 8 | ○ | $365.00 | $0.00 | $365.00 | $0.00 | $365.00 |
| 1842 | 8/25/2000 | RIO HAINA | 1HGEG385XNL03185O HONDA CIVIC | MARCELA | 8 | ○ | $365.00 | $0.00 | $365.00 | $0.00 | $365.00 |
| 1843 | 8/25/2000 | PUERTO PLATA | JT2AE82E2G3400933 TOYOTA COROLLA | MARCELA | 8 | ○ | $365.00 | $0.00 | $365.00 | $0.00 | $365.00 |
| 1886 | 7/28/2000 | RIO HAINA | 2T1AEO9E5PC039607 TOYOTA COROLLA | MARCELA | 8 | ○ | $365.00 | $0.00 | $365.00 | $0.00 | $365.00 |
| 1899 | 8/28/2000 | RIO HAINA | 2T1AE94A1NC155974 TOYOTA COROLLA WHITE 1992 | MARCELA | 8 | ○ | $365.00 | $0.00 | $365.00 | $0.00 | $365.00 |
| 1900 | 8/28/2000 | RIO HAINA | JT4RN91P0R5170588 TOYOTA PICK UP BLACK 1994 | MARCELA | 8 | ○ | $365.00 | $0.00 | $365.00 | $0.00 | $365.00 |

8:54:17 AM, 1/9/2003

**MONARCH SHIPPING AGENCY LLC**
535 SEAVIEW AVENUE, BRIDGEPORT, CT 06601
PHONE: 203-333-7116   FAX: 203-333-7120

**Customer: RIVAS HAUL ARIAS SHIPPING**
Phone: 978-689-0680   Fax 978-689-3156

## CHARGES SUMMARY

| DR# | Date | POD | VIN# & Description | Ves/Voy | | Jump$25 | Fork$100 | Char$ | Add$ | Total$ | Paid | Due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2517 | 11/2/2000 | RIO HAINA | JT1AE94A1LC052096 TOYOTA COROLLA 1990 | MARCELA | 10 | ● | ○ | $365.00 | $25.00 | $390.00 | $0.00 | $390.00 |
| 2519 | 11/2/2000 | RIO HAINA | 2CNBJ1369V6911577 GEO TRACKE 1997 | MARCELA | 10 | ○ | ○ | $385.00 | $0.00 | $385.00 | $0.00 | $385.00 |
| 2520 | 11/2/2000 | RIO HAINA | 1NXBA02E3T2369328 TOYOTA COROLLA 1996 | MARCELA | 10 | ○ | ○ | $385.00 | $0.00 | $385.00 | $0.00 | $385.00 |
| 2527 | 11/2/2000 | RIO HAINA | 2T1AE94A7NC150634 TOYOTA COROLLA 1992 | MARCELA | 10 | ○ | ○ | $385.00 | $0.00 | $385.00 | $0.00 | $385.00 |
| 2528 | 11/2/2000 | RIO HAINA | JT2EL44A2N0034043 TOYOTA TERCEL 1991 | MARCELA | 10 | ○ | ○ | $385.00 | $0.00 | $385.00 | $0.00 | $385.00 |
| 2530 | 11/2/2000 | RIO HAINA | 2T1AE94A4LC016726 TOYOTA COROLLA 1990 | MARCELA | 10 | ○ | ○ | $385.00 | $0.00 | $385.00 | $0.00 | $385.00 |
| 2533 | 11/2/2000 | PUERTO PLATA | 1P4GH44433RX329262 PLYM VOYAJE 1994 | MARCELA | 10 | ○ | ○ | $385.00 | $0.00 | $385.00 | $0.00 | $385.00 |
| 2552 | 11/3/2000 | RIO HAINA | 1M2N179C1DA083118 MACK TRUCK | MARCELA | 10 | ○ | ○ | $1,680.00 | $0.00 | $1,680.00 | $0.00 | $1,680.00 |
| 2589 | 11/6/2000 | RIO HAINA | 2BCCV61J5JB502038 JEEP WRANGL 1988 | MARCELA | 10 | ○ | ○ | $700.00 | $0.00 | $700.00 | $0.00 | $700.00 |
| 2593 | 11/5/2000 | RIO HAINA | JT2AE9268J3009376 TOYOTA COROLLA 1988 | MARCELA | 10 | ○ | ○ | $385.00 | $0.00 | $385.00 | $0.00 | $385.00 |
| 2601 | 11/5/2000 | RIO HAINA | 1NXAE94A6LZ116325 TOYOTA COROLLA 1990 | MARCELA | 10 | ○ | ○ | $385.00 | $0.00 | $385.00 | $0.00 | $385.00 |
| 3063 | 11/25/2001 | PUERTO PLATA | 2T1BB02E9TC161176 TOYOTA COROLLA 1996 | MONARCH VERACRUZ | 11 | ○ | ○ | $385.00 | $0.00 | $385.00 | $207.00 | $158.00 |
| 3064 | 11/24/2000 | RIO HAINA | 1NXAE93E4KZ036153 TOYOTA COROLLA 1989 | MONARCH VERACRUZ | 11 | ○ | ○ | $385.00 | $0.00 | $385.00 | $0.00 | $385.00 |
| 3065 | 11/25/2000 | PUERTO PLATA | JH4DA9349MS019723 ACURA INTEGRA 1990 | MONARCH VERACRUZ | 11 | ○ | ○ | $385.00 | $0.00 | $385.00 | $0.00 | $385.00 |
| 3066 | 11/25/2000 | RIO HAINA | AUSCC83275LA09809 BMW 3181 1995 | MONARCH VERACRUZ | 11 | ○ | ○ | $385.00 | $0.00 | $385.00 | $0.00 | $385.00 |
| 3067 | 11/25/2000 | RIO HAINA | JH4DA9360NS038390 ACURA INTEGRA 1992 | MONARCH VERACRUZ | 11 | ○ | ○ | $385.00 | $0.00 | $385.00 | $0.00 | $385.00 |
| 3068 | 11/25/2000 | RIO HAINA | JS3TD03V9R4100596 ISUZU SIDEKICK 1994 | MONARCH VERACRUZ | 11 | ○ | ○ | $385.00 | $0.00 | $385.00 | $0.00 | $385.00 |
| 3074 | 11/25/2000 | PUERTO PLATA | 4T1SK12E9PU249459 TOYOTA CAMRY 1993 | MONARCH VERACRUZ | 11 | ○ | ○ | $385.00 | $0.00 | $385.00 | $0.00 | $385.00 |
| 3075 | 11/25/2000 | RIO HAINA | 2T1BB02E3TC172366 TOYOTA COROLLA 1996 | MONARCH VERACRUZ | 11 | ○ | ○ | $385.00 | $0.00 | $385.00 | $0.00 | $385.00 |
| 3076 | 11/25/2000 | RIO HAINA | 2T1BB02E4VC193147 TOYOTA COROLLA 1997 | MONARCH VERACRUZ | 11 | ○ | ○ | $385.00 | $0.00 | $385.00 | $0.00 | $385.00 |

8:54:17 AM, 1/9/2003

Page 5

**Customer: RIVAS HAUL ARIAS SHIPPING**
Phone: 978-689-0680    Fax: 978-689-3156

# MONARCH SHIPPING AGENCY LLC

535 SEAVIEW AVENUE, BRIDGEPORT, CT 06601
PHONE: 203-333-7116    FAX: 203-333-7120

## CHARGES SUMMARY

| DR# | Date | # | POD | VIN# & Description | Ves/Voy | Jump$25 | ForkL$100 | Char$ | Add$ | Total$ | Paid | Due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3077 | 11/25/2000 | | PUERTO PLATA | JT2AE92W2K3286741 TOYOTA COROLLA 1989 | MONARCH VERACRUZ 11 | ○ | ○ | $365.00 | $0.00 | $365.00 | $0.00 | $365.00 |
| 3078 | 11/25/2000 | | PUERTO PLATA | 2T1AE00B3RC071820 TOYOTA COROLLA 1994 | MONARCH VERACRUZ 11 | ○ | ○ | $365.00 | $0.00 | $365.00 | $0.00 | $365.00 |
| 3079 | 11/25/2000 | | RIO HAINA | 1N6HD16Y3HC301833 NISSAN D21 PICKUP 1987 | MONARCH VERACRUZ 11 | ○ | ○ | $365.00 | $0.00 | $365.00 | $0.00 | $365.00 |
| 3080 | 11/25/2000 | | RIO HAINA | 2T1AE09BXRC084714 TOYOTA COROLLA 1994 | MONARCH VERACRUZ 11 | ○ | ○ | $365.00 | $0.00 | $365.00 | $0.00 | $365.00 |
| 3081 | 11/25/2000 | | RIO HAINA | 2T1AE97A5NC184518 TOYOTA COROLLA 1992 | MONARCH VERACRUZ 11 | ○ | ○ | $365.00 | $0.00 | $365.00 | $0.00 | $365.00 |
| 3097 | 11/26/2000 | | RIO HAINA | 2HGEJ6621TH544412 HONDA CIVIC | ATLIXCO 12 | ○ | ○ | $365.00 | $0.00 | $365.00 | $305.00 | $60.00 |
| 3100 | 11/26/2000 | | RIO HAINA | 2T1AE9A6MC101330 TOYOTA COROLLA | ATLIXCO 12 | ○ | ● | $365.00 | $100.00 | $465.00 | $325.00 | $140.00 |
| 3104 | 12/7/2000 | | RIO HAINA | 1HGCB7557MA047323 HONDA ACCORD | ATLIXCO 12 | ○ | ● | $365.00 | $100.00 | $465.00 | $365.00 | $100.00 |
| 3158 | 12/13/2000 | | RIO HAINA | 2T1BB02E9TC176311 TOYOTA COROLLA 1996 | ATLIXCO 12 | ○ | ○ | $365.00 | $0.00 | $365.00 | $0.00 | $365.00 |
| 3165 | 12/13/2000 | | RIO HAINA | 2T1BB02EXVC196618 TOYOTA COROLLA BLUE | ATLIXCO 12 | ○ | ● | $365.00 | $100.00 | $465.00 | $295.00 | $170.00 |
| 3207 | 12/14/2000 | | RIO HAINA | JM2UF1131J0331424 MAZDA PICKUP 1988 | ATLIXCO 12 | ● | ○ | $365.00 | $25.00 | $390.00 | $0.00 | $390.00 |
| 3234 | 12/18/2000 | | PUERTO PLATA | 2T1BA02E3TC125928 TOYOTA COROLLA 1996 | ATLIXCO 12 | ○ | ○ | $365.00 | $0.00 | $365.00 | $0.00 | $365.00 |
| 3235 | 12/18/2000 | | PUERTO PLATA | 4T1BG22K7VU748092 TOYOTA CAMRY 1997 | ATLIXCO 12 | ○ | ○ | $365.00 | $0.00 | $365.00 | $0.00 | $365.00 |
| 3259 | 12/19/0001 | | PUERTO PLATA | JT2AE92E1K0162321 TOYOTA COROLLA | ATLIXCO 12 | ○ | ○ | $365.00 | $0.00 | $365.00 | $0.00 | $365.00 |
| 3283 | 12/20/2000 | | RIO HAINA | JA4MT31P3VP004395 MONTERO SPORT 1997 | ATLIXCO 12 | ○ | ○ | $365.00 | $0.00 | $365.00 | $0.00 | $365.00 |
| 3285 | 12/20/2000 | | RIO HAINA | 2T1AE09B8RC083772 TOYOTA COROLLA 1994 | ATLIXCO 12 | ● | ○ | $365.00 | $25.00 | $390.00 | $0.00 | $390.00 |
| 3286 | 12/20/2000 | | RIO HAINA | JT6GK13T8R0012039 LEXUS ES 300 1994 | ATLIXCO 12 | ○ | ○ | $365.00 | $0.00 | $365.00 | $0.00 | $365.00 |
| 3287 | 12/20/2000 | | RIO HAINA | 2T1BA02E9TC128732 TOYOTA COROLLA 1996 | ATLIXCO 12 | ○ | ○ | $365.00 | $0.00 | $365.00 | $355.00 | $10.00 |
| 3288 | 12/20/2000 | | RIO HAINA | JT2SK11E4P0169203 TOYOTA CAMRY 1993 | ATLIXCO 12 | ○ | ○ | $365.00 | $0.00 | $365.00 | $0.00 | $365.00 |
| 3289 | 12/20/2000 | | RIO HAINA | JT3AC22SXN1005380 TOYOTA PREVIA 1992 | ATLIXCO 12 | ○ | ○ | $365.00 | $0.00 | $365.00 | $0.00 | $365.00 |
| 3290 | 12/20/2000 | | RIO HAINA | 1NXAE93E4NZ034841 TOYOTA COROLLA 1989 | ATLIXCO 12 | ○ | ○ | $365.00 | $0.00 | $365.00 | $0.00 | $365.00 |

8:54:17 AM, 1/9/2003

**Customer: RIVAS HAUL ARIAS SHIPPING**
Phone: 978-689-0680   Fax: 978-689-3156

# MONARCH SHIPPING AGENCY LLC
535 SEAVIEW AVENUE, BRIDGEPORT, CT 06601
PHONE: 203-333-7116    FAX: 203-333-7120

## CHARGES SUMMARY

| DR# | Date | POD | VIN# & Description | Ves/Voy | | Jump$25 | Forkl$100 | Char$ | Add$ | Total$ | Paid | Due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3369 | 12/22/2000 | RIO HAINA | JT4RN70R6H0034692 | TOYOTA XTRACA 1987 | ATLIXCO | 12 | ○ | ○ | $385.00 | $0.00 | $385.00 | $0.00 | $385.00 |
| 3370 | 12/22/2000 | RIO HAINA | JT4RN59G8G0192560 | TOYOTA PICKUP 1986 | ATLIXCO | 12 | ○ | ● | $385.00 | $100.00 | $485.00 | $0.00 | $485.00 |
| 3371 | 12/22/2000 | PUERTO PLATA | 2T1AE94A0NC188464 | TOYOTA COROLLA 1992 | ATLIXCO | 12 | ○ | ● | $385.00 | $100.00 | $485.00 | $0.00 | $485.00 |
| 3372 | 12/22/2000 | RIO HAINA | JT2AE92W1K3254628 | TOYOTA COROLLA 1989 | ATLIXCO | 12 | ○ | ● | $385.00 | $100.00 | $485.00 | $0.00 | $485.00 |
| 3373 | 12/22/2000 | RIO HAINA | 2T1AE04E3PC022053 | TOYOTA COROLLA 1993 | ATLIXCO | 12 | ○ | ● | $385.00 | $100.00 | $485.00 | $0.00 | $485.00 |
| 3383 | 12/22/2000 | PUERTO PLATA | 2T1AE94A4MC106246 | TOYOTA COROLLA 1991 | ATLIXCO | 12 | ○ | ○ | $385.00 | $0.00 | $385.00 | $0.00 | $385.00 |
| 3384 | 12/22/2000 | RIO HAINA | JT2AE92E1K3285188 | TOYOTA COROLLA 1989 | ATLIXCO | 12 | ○ | ● | $385.00 | $100.00 | $485.00 | $0.00 | $485.00 |
| 3385 | 12/22/2000 | RIO HAINA | JT2EL43A0M0097837 | TOYOTA TERCEL 1991 | ATLIXCO | 12 | ○ | ○ | $385.00 | $0.00 | $385.00 | $0.00 | $385.00 |
| 3386 | 12/22/2000 | RIO HAINA | 2T1AE94A8MC093911 | TOYOTA COROLLA | ATLIXCO | 12 | ○ | ● | $385.00 | $100.00 | $485.00 | $0.00 | $485.00 |
| 3450 | 12/23/2000 | RIO HAINA | JT3AC11RXM0010589 | TOYOTA PREVIA 1991 | ATLIXCO | 12 | ○ | ○ | $385.00 | $0.00 | $385.00 | $0.00 | $385.00 |
| 3452 | 12/23/2000 | RIO HAINA | JACCH58RXM8909956 | ISUZU TROOPE 1991 | ATLIXCO | 12 | ○ | ● | $385.00 | $100.00 | $485.00 | $0.00 | $485.00 |
| 3453 | 12/23/2000 | RIO HAINA | JA4GK51S8NJ001463 | MITSUBISHI PICKUP 1992 | ATLIXCO | 12 | ○ | ○ | $385.00 | $0.00 | $385.00 | $0.00 | $385.00 |
| 3454 | 12/23/2000 | RIO HAINA | 4N2DN11W7PD809841 | NISSAN QUEST 1993 | ATLIXCO | 12 | ○ | ○ | $385.00 | $0.00 | $385.00 | $0.00 | $385.00 |
| 3455 | 12/23/2000 | RIO HAINA | JA7FL24D6JP083921 | MITSUBISHI HLT PK 1988 | ATLIXCO | 12 | ○ | ○ | $385.00 | $0.00 | $385.00 | $0.00 | $385.00 |
| 3456 | 12/23/2000 | RIO HAINA | JT4YR29V6J5061572 | TOYOTA VANWAG 1988 | ATLIXCO | 12 | ○ | ○ | $385.00 | $0.00 | $385.00 | $0.00 | $385.00 |
| 6054 | 8/20/2001 | PUERTO PLATA | 1HGCB7651NA072542 | HONDA ACCORD RED | CANCELLED | 0 | ○ | ○ | $385.00 | $0.00 | $385.00 | $0.00 | $385.00 |
| 6251 | 9/21/2001 | PUERTO PLATA | JALB4B1H6J7002632 | ISUZU TRUCK WHITE 1988 | CANCELLED | 0 | ○ | ○ | $385.00 | $0.00 | $385.00 | $0.00 | $385.00 |

**Number of Records: 138**

Total Paid:  $3,527.00

Total Charges: $56,730.00

**BALANCE:**  $53,203.00

8:54:17 AM, 1/9/2003

Page 7

**MONARCH SHIPPING AGENCY LLC**
535 SEAVIEW AVENUE, BRIDGEPORT, CT 06601
PHONE: 203-333-7116    FAX: 203-333-7120

Customer: RIVAS HAUL ARIAS SHIPPING
Phone: 978-689-0680    Fax: 978-689-3156

## CHARGES SUMMARY

### PAYMENT REQUIRED PRIOR TO LOADING

Please send money order or certified banker's Draft to
MONARCH SHIPPING AGENCY LLC
535 SEAVIEW AVENUE, BRIDGEPORT, CT 06601

No Personal or company checks will be accepted.

8:54:17 AM, 1/9/2003

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MONARCH SHIPPING AGENCY, INC.,

              Plaintiff,                    3:01CV1395 (WWE)

   - against -

FREDDY ARIAS CARTAGENA,            JANUARY 11, 2005
d/b/a RIVAS HAUL ARIAS SHIPPING,

          Defendant.

## DEFENDANT'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

Freddy Arias Cartagena, d/b/a Rivas Haul Arias Shipping ("Arias") hereby requires

Monarch Shipping Agency, Inc. ("Monarch") to produce the following documents to Arias'

counsel at Shipman & Goodwin LLP, One Constitution Plaza, Hartford, CT 06103, within

thirty (30) days of certification of service. These requests for production of documents shall

be deemed continuing so as to require prompt supplemental answers if new or additional

information with respect to these document requests is obtained by Monarch, or any officer or

agent thereof, or by its counsel after initial compliance.

## INSTRUCTIONS AND DEFINITIONS

The following instructions and definitions shall be used in answering Arias' requests for

production of documents, set forth herein:

A.     The term "document" includes, but is not limited to, the originals and all non-

identical copies (i.e., different from originals by reason of notations made on or attached to

such copies or otherwise) of all letters, telegrams, contracts, memoranda, intra- or inter- office memoranda, papers, notes, minutes, reports, studies, calendar and diary entries, maps, sketches, drawings, reproductions, photographs, video or audio tapes, newspaper articles, advertisements, pamphlets, periodicals, books, graphs, charts, tabulations, analysis, reports of experts, working papers, indices, statistical or information accumulations, data sheets, data processing cards, facsimile transmissions, e-mail transmissions, wire transmissions, internet transmissions, information recorded on computers, computer printouts, notes or recollections of interviews, notes or recollections of conferences, notes or recollections of telephone calls, notes or recollections of meetings, notes or recollections of any other type of communication, drafts or preliminary revisions of all of the above, applications for employment, employment contracts, applications for insurance, insurance policies, insurance claims, court papers, criminal pleas and any other written, printed, typed or other graphic matter of any nature, no matter how produced or reproduced.

B.    The term "communication" means any oral, written or other correspondence or exchange of thoughts, information or ideas whether by letter, mail, facsimile transmission, computer, e-mail, wire transmission, internet, telephone, telegram, telegraph, or other similar medium.

C.    The term "person" includes any natural person, or any business, legal or governmental entity or association.

2

D.    Material "relating to" any given subject means all materials that constitute, contain, embody, reflect, identify, state, refer to, deal with, or are in any way pertinent to that subject, including without limitation, documents which relate to the preparation of another document, or are attached to or constitute enclosures with another document.

E.    Material "concerning" any given subject means all materials relating to, referring to, describing, evidencing or constituting that subject.

F.    The term "identify" has the following meanings:

1.    "Identify" when used with respect to a communication means that the plaintiff is required to furnish the following information for each such communication to be identified:

(a)    State whether the communication was written, oral, telephonic or by some other means (if by another, means, specify);

(b)    State the substance of the communication;

(c)    State the date of the communication;

(d)    State the place of receipt of the communication;

(e)    Identify all parties to the communication;

(f)    Identify all witnesses to the communication; and

(g)    Identify all documents recording the communication or the substance of the communication.

3

2.      "Identify" when used with respect to a person means that the plaintiff is required to furnish the following information for each and every person to be identified:

(a)      If the person is an individual, state his or her full name, residence address, the identity of his or her employer and the place of employment; and

(b)      If the person is not an individual, state the full name of the entity involved, what type of entity it is, the name, address, employer and place of employment of each and every individual or other person employed by or representing such entity or organization having knowledge of or with whom communications have been had relating to the subject matter of the interrogatory.

3.      "Identify" when used with respect to a document means that the plaintiff is required to furnish the following information for each and every document to be identified:

(a)      State the exact name and title by which the plaintiff refers to it;

(b)      State the date, and all serial or other identifying numbers thereon;

(c)      Identify each and every person who wrote, signed, initialed, dictated, or otherwise participated in the creation of said documents;

(d)      State its general subject matter;

(e)      Identify each and every person who is an addressee, if any, of said document or who received any copy thereof;

4

(f)    Identify each and every person having custody or control of said document, or any copy thereof;

(g)    Specify the location of any file or files where the document, or any copy thereof, is normally or presently kept, and identify the custodian thereof; and

(h)    If the document referred to has been destroyed, identify the person who destroyed it, the date of destruction, the reason for its destruction and the person responsible for having the document destroyed.

4.    "Identify" in all instances besides those referring to a communication, document, or person shall be given its ordinary meaning.

G.    With respect to any information or document that is withheld in whole or in part on the ground of privilege, state with regard thereto:

1.    the subject matter of the information or of the document;

2.    the type of document for which the privilege is claimed (e.g., letter, memorandum, etc.);

3.    the date of the document or information;

4.    the author of the document or the communicator of the information, including the specific capacity in which such person acted in doing same;

5.    the identity of each person who received the original or a copy thereof of the document or to whom the information or contents of the document was

5

communicated, including the specific capacity in which such person received the document or information; and

      6.     the nature and specific basis for the claim of privilege, including why such basis applies to the document or information in question.

H.    Whenever appropriate, the singular form of a word shall be interpreted as plural, and the plural form of a word shall be interpreted as singular.

I.    Whenever appropriate, "he" or "his" shall be interpreted as "she" or "her" and vice versa.

J.    "And" and "or" shall be construed disjunctively or conjunctively as necessary to make the interrogatory inclusive rather than exclusive.

K.    "Monarch" means plaintiff Monarch Shipping Agency, Inc., its predecessors in interest, subsidiaries, affiliates, officers, directors, employees, agents, servants, attorneys, representatives, and all other persons (as defined herein) acting, understood to act, or purporting to act on its behalf or under its direction and control.

L.    "Plaintiff" means Monarch as defined herein.

M.    "You" and "your" mean Monarch.

N.    "Arias" means defendant Freddy Arias Cartagena, d/b/a Rivas Haul Arias Shipping, its predecessors in interest, subsidiaries, affiliates, officers, directors, employees, agents, servants, attorneys, representatives, and all other persons (as defined herein) acting, understood to act, or purporting to act on their behalf or under their direction and control.

O.    "Relevant Period" means the period of time from January 1, 2000 to July 1, 2001.

P.    "Interrogatory No. __" refers to a certain numbered interrogatory of Defendant's First Set of Interrogatories, dated January 11, 2005.

## REQUESTS FOR PRODUCTION OF DOCUMENTS

1.    Any and all Documents Relating To information responsive to Interrogatory No. 1.

2.    Any and all Documents Relating To information responsive to Interrogatory No. 2, including but not limited to, any and all Documents upon which the document referred to in Interrogatory No. 2 was based.

3.    Any and all Documents Relating To information responsive to Interrogatory No. 3.

4.     Any and all Documents Relating To information responsive to Interrogatory

No. 4.


5.     Any and all Documents Relating To information responsive to Interrogatory

No. 5.



DEFENDANT,
FREDDY ARIAS CARTAGENA
D/B/A RIVAS HAUL ARIAS SHIPPING,


By:     _Alexandra M McHugh_
          Alexandra M. McHugh
          Fed. Bar No. ct22428
          Shipman & Goodwin LLP
          One Constitution Plaza
          Hartford, CT  06103-1919
          (860) 251-5000
          (860) 251-5219 (fax)


8

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing Defendant's First Request for Production

of Documents was sent via first class mail, postage prepaid, this 11th day of January, 2005, to:

Frederick A. Lovejoy, Esq.
P.O. Box 56
Easton, CT  06612


Alexandra M. McHugh
Alexandra M. McHugh


391256 v.01 S2