01cv1395pretrial.pdf

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**MONARCH SHIPPING**

3:01-cv-1395(WWE)

FILED

2005 MAR 14  P 3: 03

U.S. DISTRICT COURT
BRIDGEPORT, CONN

**V.**

**CARTEGNA**

### PRETRIAL ORDER

This case is scheduled to begin trial the week of JUNE 27, 2005. Jury selection will occur on JUNE 27, 2005, each party shall exchange and file with the Court, in **DUPLICATE**, Trial Memoranda which shall contain the following information:

1) Brief summary of case

2) Proposed Voir Dire

3) List of Witnesses

4) List of Exhibits

5) Deposition designations and cross-designations.

6) Proposed **JURY INSTRUCTIONS** and **INTERROGATORIES** for Special Verdict forms **(WITH WORDPERFECT 10 DISC)**.

Dated this MARCH 14, 2005 at Bridgeport, Connecticut.

_____
Warren W. Eginton
Senior U.S. District Judge