UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------X

MONARCH SHIPPING AGENCY,

           Plaintiff,                            3:01CV1395 (WWE)

-against-

FREDDY ARIAS CARTAGENA,                 April 4, 2005
d/b/a RIVAS HAUL ARIAS SHIPPING,

           Defendant.

------------------------------------X

## STIPULATION OF DISCONTINUANCE
## PURSUANT TO FED. R. CIV. P., RULE 41(a)(1)

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties herein, that the above-entitled action is discontinued, with prejudice, and without costs to any party.

Dated: Easton, Connecticut        LOVEJOY & ASSOCIATES
       April 4, 2005                  Attorneys for Plaintiff,
                                               Monarch Shipping Agency

                                               By: _____
                                               Frederick A. Lovejoy (CT 03121)
                                               P.O. Box 56
                                               Easton, Connecticut 06612
                                               (203) 459-9941
                                               (203) 459-9943 (telefax)

Dated: Bridgeport, Connecticut  
April 4, 2005

Shipman & Goodwin LLP  
Attorneys for Defendant,  
Freddy Arias Cartagena,  
d/b/a Rivas Haul Arias Shipping

By: /s/ Alexandra M McHugh

Alexandra M. McHugh (CT 22428)  
Shipman & Goodwin LLP  
One Constitution Plaza  
Hartford, Connecticut 06103-1919  
(860) 251-5000  
(860) 251-5219 (telefax)

AriasDiscontinuance.doc

## CERTIFICATION

       THIS IS TO CERTIFY that a copy of the foregoing was mailed on April 4, 2005, postage prepaid, to:

Alexandra M. McHugh
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, Connecticut 06103-1919

                                                                        Frederick A. Lovejoy